167 So. 599

### Autrey GREER et al. v. Henderson R. MARRIOTT.

**I Div. 917.**

Supreme Court of Alabama.

April 16, 1936.

Harry T. Smith & Caffey, of Mobile, for petitioner.

Pillans, Cowley & Gresham, of Mobile, for respondent.

KNIGHT, Justice.

Petition of Henderson R. Marriott for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Greer et al. v. Marriott, 167 So. 597.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

167 So. 602

### · E. W. ABBOTT v. STATE.

**6 Div. 931.**

Supreme Court of Alabama.

April 16, 1936.

Beddow, Ray & Jones, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of E. W. Abbott for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Abbott v. State, 167 So. 599.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.